## United States District Court

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

v.

MANUEL DE LA CRUZ-SALDANA,
a/k/a CHRISTIAN OMAR PAGAN-COLON,

Criminal Complaint 06- 122 M



I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about  October 6, 2006 , in  New Castle  County, in the District of  Delaware , the defendant, MANUEL DE LA CRUZ-SALDANA:

was found in the United States, having illegally re-entered the United States after being removed to the Dominican Republic in 2000 and 2001, and, prior to his reembarkation at a place outside of the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's applying for readmission,

in violation of Title    8    United States Code, Section(s)  1326(a) .

I further state that I am a  Special Agent, ICE   and that this complaint is based on the following facts:
                          Official Title
See attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes

FILED
OCT 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Signature of Complainant
William O. Horn
Special Agent
Immigration and Customs Enforcement (ICE)

Sworn to before me and subscribed in my presence,

October 24, 2006                                at    Wilmington, DE
Date                                                   City and State

The Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer                       Signature of Judicial Officer

## AFFIDAVIT

I, William O. Horn, being duly sworn, depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover, Delaware. I have been employed as a Special Agent since October 1, 1997, when I was employed by the Immigration and Naturalization Service (INS). The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March 2003.

2. This investigation is based on information provided by State of Delaware government agencies, INS/ICE records, and my own observations and interviews.

3. On or about October 06, 2006, your affiant was at the New Castle County Police Headquarters when he was advised that Christian Omar PAGÁN-Colón was in their custody on drug charges. According to the New Castle County Police, he had claimed to be a Puerto Rican, but they believed that he was, in fact, from the Dominican Republic. The writer attempted to interview PAGÁN, but he refused to answer questions. A detainer was lodged with the Howard R. Young Correctional Institution, so that, if released from State of Delaware custody, ICE would be notified.

4. On October 23, 2006, your affiant advised the individual claiming to be Christian PAGÁN of his rights and attempted to interview him at the ICE office in Dover, DE. He declined to speak to your affiant. However, he did state that his name is Christian PAGÁN-Colón, and that he was born on          1979.

5. On October 23, 2006, the subject's fingerprints were submitted to ICE and the FBI via ICE's Integrated Automated Fingerprint Identification System (IAFIS), and the fingerprints matched those of Manuel DE LA CRUZ-Saldaña, born in the Dominican Republic. The FBI record references six aliases, including Christian Omar PAGÁN-Colón, and three different dates of birth. In addition, he has been encountered on two previous occasions by INS, and gave another date of birth on one of those occasions.

6. Your affiant has reviewed the alien file relating to Manuel DE LA CRUZ-Saldaña, and found that the file contains an executed Form I-205, showing that DE LA CRUZ was removed from the United States to the Dominican Republic on November 20, 2001 from Miami, Florida. It also contains a Form I-259, Notice to Detain, Remove, or Present Alien, requiring the master of the vessel "Forest Atlantic" to remove DE LA CRUZ from the United States on May 19, 2000 from Mobile, Alabama. Your affiant found no evidence of any filings for permission to reapply for admission to reenter the United States after having been removed.

WHEREFORE, your affiant avers there is probable cause to believe that Manuel DE LA CRUZ-Saldaña, a citizen and national of the Dominican Republic, was previously removed by INS to the Dominican Republic on May 19, 2000 and November 20, 2001, and that, prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had

_____
William O. Horn
Special Agent
U.S. Immigration & Customs Enforcement

Sworn and subscribed before me this __29__ day of October, 2006.

_____
The Honorable May Pay Thynge
United States Magistrate Judge
District of Delaware