IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06- *122* |
| MANUEL DE LA CRUZ-SALDANA, | : |
| Defendant. | : |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about October 6, 2006, in New Castle County, in the State and District of Delaware, Manuel de la Cruz-Saldana, defendant herein, an alien and a citizen of the Dominican Republic, was found in the United States, having illegally re-entered the United States after being removed to the Dominican Republic in 2000 and 2001, and, prior to his reembarkation at a place outside of the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's applying for readmission, all in violation of 8 U.S.C. § 1326(a).

COLM F. CONNOLLY
United States Attorney

By: *[signature]*
Sophie E. Bryan
Assistant United States Attorney

Dated: November 15, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-  *122* |
| MANUEL DE LA CRUZ-SALDANA, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby certify that on the 15th day of November, 2006, I caused to be filed the foregoing **Information** with the Clerk of the Court and served the same via hand delivery on counsel of record for the Defendant as follows:

Christopher S. Koyste
Assistant Federal Public Defender
Federal Public Defender, District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801

Sophie E. Bryan
Assistant United States Attorney