PROB 13E
(9/87)

# UNITED STATES DISTRICT COURT

Cr. 06-122

_____ DISTRICT _____ of Delaware

**Consent to Institute a Presentence Investigation and Disclose the Report
Before Conviction or Plea of Guilty**

I, _Manuel De La Cruz - Saldana_, hereby consent
(Name of Defendant)
to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

_11-14-06_  _manuel dela cruz_
(Date)  (Signature of Defendant)

_11-14-06_  _[signature]_
(Date)  (Defendant's Attorney)